UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                Plaintiff,

- against -

THOMAS FRANK, VIRGIN-INVESTMENT.COM,
N.C. SMOL, VIRGIN-AMERICA.COM,
SECUREWHOIS, INC.,
VIRGINTRAVELNEWS.COM, JAMES MOY, VIRGIN
HEALTHMILES.COM, DIRECT INFORMATION PVT
LTD, and VIRGINMACAU.COM.

                Defendants.

------------------------------------------------------------x

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

ECF CASE



Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Plaintiff Virgin Enterprises Limited ("VEL") states that VEL has no parent corporation and that no publicly held corporation owns 10% or more of VEL's stock.

Dated: New York, New York
July 5, 2007

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By: _/s/_
James W. Dabney (JD 9715)
Darcy M. Goddard (DG 2260)

One New York Plaza
New York, New York 10004-1980
Telephone: 212.859.8000

Attorneys for Plaintiff