UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                   Plaintiff,

      - against -

VIRGIN PACIFIC AIRWAYS, INC. and
THOMAS JOHN POLAK IV,

                   Defendants.

------------------------------------------------------------x

06 Civ. 738 (LAK)

ECF CASE

**REGISTRAR CERTIFICATE**

I, _Lisa Villeneuve_ hereby certify and declare:

1. I have personal knowledge of the facts stated in this Registrar Certificate, and could and would testify to these facts if called as a witness in this matter. I am the _Domain Services Representative_ for Go Daddy Software, Inc.

2. Go Daddy Software, Inc. is a registrar of Internet second-level domain names in a variety of top-level domains, including .COM, .NET and .ORG.

3. Our records indicate Virgin Pacific Airways, Inc., located at 626 Franklin Drive, Suite 100, Perth Amboy, NJ 08861, is the registrant of the domain names VIRGINPACIFICAIR.COM and VIRGINPACIFICAIRWAYS.COM.

4. Through the deposit of this Registrar Certificate with the Registry of the Court, Go Daddy Software, Inc. hereby tenders to the Court complete control and authority over the registrations for the VIRGINPACIFICAIR.COM and VIRGINPACIFICAIRWAYS.COM domain name registration records.

5.   The registration for the VIRGINPACIFICAIR.COM and VIRGINPACIFICAIRWAYS.COM domain names is currently active, and Go Daddy Software, Inc. will not permit any transfer, suspension, or other modification to the registration record during the pendency of this action, except upon receipt of an order of the Court or a dismissal of all claims concerning Go Daddy Software, Inc.'s contractual rights to register or use VIRGINPACIFICAIR.COM and VIRGINPACIFICAIRWAYS.COM domain names.

6.   This Registrar Certificate shall expire automatically, and control and authority over the registration record for the VIRGINPACIFICAIR.COM and VIRGINPACIFICAIRWAYS.COM domain names shall revert to Go Daddy Software, Inc. (i) 14 calendar days from the date of this Registrar Certificate, unless this Registrar Certificate has been filed with the Court during that period and Go Daddy Software, Inc. has received a file-stamped copy or other receipt from the Court that this Registrar Certificate has been properly filed therewith; or (ii) upon Go Daddy Software, Inc.'s receipt of an order dismissing all claims concerning Go Daddy Software, Inc.'s contractual rights to register or use the VIRGINPACIFICAIR.COM and VIRGINPACIFICAIRWAYS.COM domain names. This Registrar Certificate shall also expire at the expiration of the domain name registration term, which shall include any reactivation, redemption, and pending delete periods.

I declare and certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 2/3, 2006, at 5:10, pm.

By: *Lisa Villeneuve* (signature)
Name: Lisa Villeneuve
Title: Domain Services Representative

- 2 -

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on the 10th day of February, 2006 I caused to be served upon the following, by the methods described below, a true copy of the Registrar Certificate for VIRGINPACIFICAIR.COM and VIRGINPACIFICAIRWAYS.COM..

**FIRST CLASS MAIL**

Virgin Pacific Airways, Inc.
626 Franklin Drive
Perth Amboy, New Jersey 08861

Thomas John Polak IV
626 Franklin Drive
Perth Amboy, New Jersey 08861

_____
Jeffrey Bednar