UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

VIRGIN ENTERPRISES LIMITED,

        Plaintiff,

   v.

THOMAS FRANK, VIRGIN-INVESTMENTS.COM,
N.C. SMOL, VIRGIN-AMERICA.COM,
SECUREWHOIS,INC.,
VIRGINTRAVELNEWS.COM,JAMES MOY,
VIRGINHEALTHMILES.COM, DIRECT
INFORMATION PVT LTD, AND
VRIGINMACAU.COM

        Defendant.

**ECF CASE**

CASE NO. 07 Civ.6234 (LAP)

## *REGISTRAR CERTIFICATE*

I, John David, pursuant to 15 U.S.C. §§ 1114(2)(D)(i)(II)(aa) and 1125(d)(2)(D)(i)(I), and 28 U.S.C. § 1746 hereby declare:

1. I have personal knowledge of the facts stated in this Registrar Certificate, and could and would testify to these facts if called as a witness in this matter. I am a Paralegal in the Legal Department of Network Solutions, LLC. ("Network Solutions").

2. Network Solutions is a registrar of Internet second-level domain names in the top-level domains .COM, .NET, and .ORG located in Herndon, Virginia.

3. Our records indicate that the registrant of the Virginhealthmiles.com domain name is James Moy, P.O. Box 750565 Forest Hills, NY 11375.

4. Through the deposit of this Registrar Certificate with the Registry of the Court, Network Solutions hereby tenders to the Court complete control and authority over the registration for the Virginhealthmiles.com domain name registration record.

5. The registration for the domain name Virginhealthmiles.com is currently active, and Network Solutions will not permit any transfer, suspension, or other modification to the registration record during the pendency of this action, except upon receipt of an order of the court or a dismissal of all claims concerning the registrant's contractual rights to register or use the subject domain name.

6. This Registrar Certificate shall expire automatically, and control and authority over the registration record of the domain name shall revert to Network Solutions: (i) 14 calendar days from the date of this Registrar Certificate, unless this Registrar Certificate has been filed with the Court during that period and Network Solutions has received a file-stamped copy; or (ii) upon Network Solutions' receipt of an order dismissing all claims concerning the registrant's contractual rights to register or use the subject domain name.

7. By tendering this Registrar Certificate, Network Solutions takes no position as to the legal status of the domain name registration which is the subject of this action or the merits of the instant action, nor should this certificate or its submission be construed as such.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 10, 2007, at Herndon, Virginia.

_____
John David
Paralegal, Legal Department
Network Solutions, LLC.


The foregoing instrument was signed before me this 10th day of ~~July~~, 2007, by John David

_____
Notary Public

My commission expires: __My Commission Expires May 31, 2008__

County of Fairfax, Commonwealth of Virginia

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on the 11th day of July, 2007 I caused to be served upon the following, by the method described below, a true copy of the Registrar Certificate for VIRGINHEALTHMILES.COM.

**FIRST-CLASS MAIL**

Thomas Frank
EPS-D 711, 7801 N.W. 37th Street
Miami, Florida 33166-6559

N.C. Smol
Jan Prinsheem 126
Hillegom, NE 2182 ZD
The Netherlands

Direct Information Pvt Ltd
330 Link Way Estate
Link Road, Malad (W), Mumbai,
Maharashtra, India

SecureWhois, Inc
904 S. Rosele Road # 136
Schaumburg, Illinois 60193

James Moy
13507 63rd Avenue
Flushing, NY 11367

_____
Jeffrey J. Bednar

553030.1