USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

               Plaintiff,

   - against -

THOMAS FRANK, et al.,

               Defendants.

-----------------------------------------------------------x

07 Civ. 6234 (LAP)

ECF CASE

STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between the undersigned, as follows:

1.    The domain name VIRGINHEALTHMILES.COM, having previously been deposited with this Court by the registrar, Network Solutions, Inc., is hereby ordered TRANSFERRED to plaintiff Virgin Enterprises Limited.

2.    Conditional upon compliance with the Order of the Court in paragraph 1, above, this action is dismissed without prejudice and without costs as to defendant James Moy only pursuant to Federal Rule of Civil Procedure 41(a)(2).

DONE and ORDERED in Chambers in this 13th day of July, 2007.

_Loretta A. Preska_
Loretta A. Preska
United States District Judge

APPROVED AS TO FORM:

| | |
|---|---|
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | ROPES & GRAY LLP |
| By _____<br>James W. Dabney<br>Darcy M. Goddard | By _____<br>Susan Progoff |
| One New York Plaza<br>New York, New York 10004-1980<br>Telephone: 212.859.8000 | 1211 Avenue of the Americas<br>New York, New York 10036-8704<br>Telephone: 212-596-9000 |
| Attorneys for Plaintiff<br>Virgin Enterprises Limited | Attorneys for Defendant<br>James Moy |

553028