UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
VIRGIN ENTERPRISES LIMITED,                                  :
:
                     Plaintiff,                 :
:
           - against -                                    :
:         ECF CASE
THOMAS FRANK, VIRGIN-INVESTMENT.COM,                         :
N.C. SMOL, VIRGIN-AMERICA.COM,                               :         07 Civ. 6234(LAP)
SECUREWHOIS, INC.,                                           :
VIRGINTRAVELNEWS.COM, JAMES MOY, VIRGIN                      :         **REGISTRAR CERTIFICATE**
HEALTHMILES.COM, DIRECT INFORMATION PVT                      :
LTD, and VIRGINMACAU.COM.                                    :
:
                     Defendants.                :
:
------------------------------------------------------------x

I, _Laurie Anderson_, hereby certify and declare:

     1.    I have personal knowledge of the facts stated in this Registrar Certificate, and could and would testify to these facts if called as a witness in this matter. I am the _Domain Services Representative_ for Go Daddy Software, Inc.

     2.    Go Daddy Software, Inc. is a registrar of Internet second-level domain names in a variety of top-level domains, including .COM, .NET and .ORG.

     3.    Our records indicate Thomas Frank, c/o Virgin Holding Corp SA, having a mail drop at EPS-D 711, 7801 N.W. 37th Street, Miami, Florida 33166-6559, is the registrant of the domain name VIRGIN-INVESTMENT.COM.

4.  Through the deposit of this Registrar Certificate with the Registry of the Court, Go Daddy Software, Inc. hereby tenders to the Court complete control and authority over the registration for the VIRGIN-INVESTMENT.COM domain name registration record.

5.  The registration for the VIRGIN-INVESTMENT.COM domain name is currently active, and Go Daddy Software, Inc. will not permit any transfer, suspension, or other modification to the registration record during the pendency of this action, except upon receipt of an order of the Court or a dismissal of all claims concerning Thomas Frank, c/o Virgin Holding Corp SA's contractual rights to register or use the VIRGIN-INVESTMENT.COM domain name.

6.  This Registrar Certificate shall expire automatically, and control and authority over the registration record for the VIRGIN-INVESTMENT.COM domain name shall revert to Go Daddy Software, Inc. (i) 14 calendar days from the date of this Registrar Certificate, unless this Registrar Certificate has been filed with the Court during that period and Go Daddy Software, Inc. has received a file-stamped copy or other receipt from the Court that this Registrar Certificate has been properly filed therewith; or (ii) upon Go Daddy Software, Inc.'s receipt of an order dismissing all claims concerning Thomas Frank, c/o Virgin Holding Corp SA's contractual rights to register or use the VIRGIN-INVESTMENT.COM domain name. This Registrar Certificate shall also expire at the expiration of the domain name registration term, which shall include any reactivation, redemption, and pending delete periods.

I declare and certify under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2007, at Scottsdale, Arizona.

By: *Laurie Anderson*
Name: Laurie Anderson
Title: Domain Services Representative

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on the 16th day of July, 2007 I caused to be served upon the following, by the method described below, a true copy of the Registrar Certificate for VIRGIN-INVESTMENT.COM.

**FIRST-CLASS MAIL**

Thomas Frank
EPS-D 711, 7801 N.W. 37th Street
Miami, Florida 33166-6559

N.C. Smol
Jan Prinsheem 126
Hillegom, NE 2182 ZD
The Netherlands

Direct Information Pvt Ltd
330 Link Way Estate
Link Road, Malad (W), Mumbai,
Maharashtra, India

SecureWhois, Inc
904 S. Rosele Road # 136
Schaumburg, Illinois 60193

James Moy
13507 63rd Avenue
Flushing, NY 11367

_____
Jeffrey J. Bednar

553033.1