UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                Plaintiff,

    - against -

THOMAS FRANK, VIRGIN-INVESTMENT.COM,
N.C. SMOL, VIRGIN-AMERICA.COM,
SECUREWHOIS, INC.,
VIRGINTRAVELNEWS.COM, JAMES MOY, VIRGIN
HEALTHMILES.COM, DIRECT INFORMATION PVT
LTD, and VIRGINMACAU.COM.

                Defendants.

------------------------------------------------------------x

ECF CASE

07 Civ. 6234 (LAP)

**REGISTRAR CERTIFICATE**

I, CHRISTINA RADOCHA, hereby certify and declare:

    1.    I have personal knowledge of the facts stated in this Registrar Certificate, and could and would testify to these facts if called as a witness in this matter. I am the Corporate Counsel for eNom, Inc.

    2.    eNom, Inc. is a registrar of Internet second-level domain names in a variety of top-level domains, including .COM, .NET and .ORG.

    3.    Our records indicate N.C. Smol, having an address at Jan Prinsheem 126, Hillegom, NE 2182 ZD, The Netherlands, is the registrant of the domain name VIRGIN-AMERICA.COM.

    4.    Through the deposit of this Registrar Certificate with the Registry of the Court, eNom, Inc. hereby tenders to the Court complete control and authority over the registration for the VIRGIN-AMERICA.COM domain name registration record.

5.    The registration for the VIRGIN-AMERICA.COM domain name is currently active, and eNom, Inc. will not permit any transfer, suspension, or other modification to the registration record during the pendency of this action, except upon receipt of an order of the Court or a dismissal of all claims concerning N.C. Smol's contractual rights to register or use the VIRGIN-AMERICA.COM domain name.

6.    This Registrar Certificate shall expire automatically, and control and authority over the registration record for the VIRGIN-AMERICA.COM domain name shall revert to eNom, Inc. (i) 14 calendar days from the date of this Registrar Certificate, unless this Registrar Certificate has been filed with the Court during that period and eNom, Inc. has received a file-stamped copy or other receipt from the Court that this Registrar Certificate has been properly filed therewith; or (ii) upon eNom, Inc.'s receipt of an order dismissing all claims concerning N.C. Smol's contractual rights to register or use the VIRGIN-AMERICA.COM domain name. This Registrar Certificate shall also expire at the expiration of the domain name registration term, which shall include any reactivation, redemption, and pending delete periods.

I declare and certify under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2007, at Bellevue, Washington.

By: Christina Radocha
Name: CHRISTINA RADOCHA
Title: Corporate Counsel

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on the 17th day of July, 2007 I caused to be served upon the following, by the methods described below, a true copy of the Registrar Certifiate for VIRGIN-AMERICA.COM.

### FIRST-CLASS MAIL

Thomas Frank
EPS-D 711, 7801 N.W. 37th Street
Miami, Florida 33166-6559

### AIR MAIL

N.C. Smol
Jan Prinsheem 126
Hillegom, NE 2182 ZD
The Netherlands

Direct Information Pvt Ltd
330 Link Way Estate
Link Road, Malad (W), Mumbai,
Maharashtra, India

_____
Jeffrey J. Bednar
Paralegal

553030.1