UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
VIRGIN ENTERPRISES LIMITED,                                 :
                                                            :
                        Plaintiff,                          :
                                                            :
            - against -                                     :
                                                            :         ECF CASE
                                                            :
THOMAS FRANK, VIRGIN-INVESTMENT.COM,                        :         07 Civ. 6234(LAP)
N.C. SMOL, VIRGIN-AMERICA.COM, DIRECT                       :
INFORMATION PVT LTD, VIRGINMACAU.COM,                       :
C3 FINANCIAL SERVICES, INC.,                                :         **REGISTRAR CERTIFICATE**
VIRGINMONEYUSA.COM, INTERNET EQUITY                         :
INVESTORS, LLC, VIRGINPROPERTIES.COM,                       :
1734488 ONTARIO INC., VIRGINPROPERTIES.NET,                 :
QUENTRALL AIR CONDITIONING SERVICES, and                    :
VIRGIN-PROPERTIES.COM.                                      :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------x

I, _Diane Whiting_, hereby certify and declare:

    1.    I have personal knowledge of the facts stated in this Registrar Certificate, and could and would testify to these facts if called as a witness in this matter. I am the _Domain Services Representative_ for GoDaddy.com, Inc.

    2.    GoDaddy.com, Inc. is a registrar of Internet second-level domain names in a variety of top-level domains, including .COM, .NET and .ORG.

    3.    Our records indicate 1734488 Ontario Inc., having an address at 42 Mattamy Place, Nepean, Ontario, K2G 6K1, Canada, is the registrant of the domain name VIRGINPROPERTIES.NET.

4. Through the deposit of this Registrar Certificate with the Registry of the Court, GoDaddy.com, Inc. hereby tenders to the Court complete control and authority over the registration for the VIRGINPROPERTIES.NET domain name registration record.

5. The registration for the VIRGINPROPERTIES.NET domain name is currently active, and GoDaddy.com, Inc. will not permit any transfer, suspension, or other modification to the registration record during the pendency of this action, except upon receipt of an order of the Court or a dismissal of all claims concerning 1734488 Ontario Inc.'s contractual rights to register or use the VIRGINPROPERTIES.NET domain name.

6. This Registrar Certificate shall expire automatically, and control and authority over the registration record for the VIRGINPROPERTIES.NET domain name shall revert to GoDaddy.com, Inc. (i) 14 calendar days from the date of this Registrar Certificate, unless this Registrar Certificate has been filed with the Court during that period and GoDaddy.com, Inc. has received a file-stamped copy or other receipt from the Court that this Registrar Certificate has been properly filed therewith; or (ii) upon GoDaddy.com, Inc.'s receipt of an order dismissing all claims concerning 1734488 Ontario Inc.'s contractual rights to register or use the VIRGINPROPERTIES.NET domain name. This Registrar Certificate shall also expire at the expiration of the domain name registration term, which shall include any reactivation, redemption, and pending delete periods.

I declare and certify under penalty of perjury that the foregoing is true and correct.

Executed on _July 25_, 2007, at _SCOTTSDALE, AZ_.

By: _[signature]_
Name: DIANE E. WHITING
Title: DOMAIN SERVICES REPRENTATIVE

\553555.1

## CERTIFICATE OF SERVICE

      I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on the 27th day of July, 2007 I caused to be served upon the following, by the methods described below, a true copy of the Registrar Certificate for VIRGINPROPERTIES.COM.

FIRST-CLASS MAIL

C3 Financial Services Inc
1417 Allan Lane
West Chester, PA 19380

Internet Equity Investors, LLC
3155 East Patrick Lane, Suite 1
Las Vegas, Nevada 89120-3481

Thomas Frank
EPS-D 711
7801 N.W. 37th Street
Miami, Florida 33166-6559

1734488 Ontario Inc
42 Mattamy Place
Nepean, Ontario K2G 6K1
Canada

AIRMAIL

N.C. Smol
Jan Prinsheem 126
Hillegom, NE 2182 ZD
The Netherlands

Direct Information Pvt Ltd
330 Link Way Estate
Link Road, Malad (W), Mumbai,
Maharashtra, India

Quentrall Air Conditioning
597 High Road
London, N12 0DY
England

_____
Jeffrey J. Bednar
Paralegal