UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
VIRGIN ENTERPRISES LIMITED, :
:
                Plaintiff, :
:
    - against - :
: ECF CASE
THOMAS FRANK, VIRGIN-INVESTMENT.COM, :
N.C. SMOL, VIRGIN-AMERICA.COM, DIRECT : 07 Civ. 6234(LAP)
INFORMATION PVT LTD, VIRGINMACAU.COM, :
C3 FINANCIAL SERVICES, INC., : **REGISTRAR CERTIFICATE**
VIRGINMONEYUSA.COM, INTERNET EQUITY :
INVESTORS, LLC, VIRGINPROPERTIES.COM, :
1734488 ONTARIO INC., VIRGINPROPERTIES.NET, :
QUENTRALL AIR CONDITIONING SERVICES, and :
VIRGIN-PROPERTIES.COM, :
:
                Defendants. :
:
------------------------------------------------------------------x

I, _Monique Bullitt_, hereby certify and declare:

    1.    I have personal knowledge of the facts stated in this Registrar Certificate, and could and would testify to these facts if called as a witness in this matter. I am the _Legal Assistant_ for Register.com, Inc.

    2.    Register.com, Inc. is a registrar of Internet second-level domain names in a variety of top-level domains, including .COM, .NET and .ORG.

    3.    Our records indicate Quentrall Air Conditioning Services, having an address at 597 High Road, London, N12 00Y, England, is the registrant of the domain name VIRGIN-PROPERTIES.COM.

4. Through the deposit of this Registrar Certificate with the Registry of the Court, Register.com, Inc. hereby tenders to the Court complete control and authority over the registration for the VIRGIN-PROPERTIES.COM domain name registration record.

5. The registration for the VIRGIN-PROPERTIES.COM domain name is currently active, and Register.com, Inc. will not permit any transfer, suspension, or other modification to the registration record during the pendency of this action, except upon receipt of an order of the Court or a dismissal of all claims concerning Quentrall Air Conditioning Services's contractual rights to register or use the VIRGIN-PROPERTIES.COM domain name.

6. This Registrar Certificate shall expire automatically, and control and authority over the registration record for the VIRGIN-PROPERTIES.COM domain name shall revert to Register.com, Inc. (i) 14 calendar days from the date of this Registrar Certificate, unless this Registrar Certificate has been filed with the Court during that period and Register.com, Inc. has received a file-stamped copy or other receipt from the Court that this Registrar Certificate has been properly filed therewith; or (ii) upon Register.com, Inc.'s receipt of an order dismissing all claims concerning Quentrall Air Conditioning Services's contractual rights to register or use the VIRGIN-PROPERTIES.COM domain name. This Registrar Certificate shall also expire at the expiration of the domain name registration term, which shall include any reactivation, redemption, and pending delete periods.

I declare and certify under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2007, at New York, New York.

By: Monique Bullitt
Name:
Title: Legal Assistant

553556.1

## **CERTIFICATE OF SERVICE**

      I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on the 30th day of July, 2007 I caused to be served upon the following, by the methods described below, a true copy of the Registrar Certificate for VIRGIN-PROPERTIES.COM.

FIRST-CLASS MAIL

| | |
|---|---|
| C3 Financial Services Inc<br>1417 Allan Lane<br>West Chester, PA 19380 | Internet Equity Investors, LLC<br>3155 East Patrick Lane, Suite 1<br>Las Vegas, Nevada 89120-3481 |
| Thomas Frank<br>EPS-D 711<br>7801 N.W. 37th Street<br>Miami, Florida 33166-6559 | 1734488 Ontario Inc<br>42 Mattamy Place<br>Nepean, Ontario K2G 6K1<br>Canada |

AIRMAIL

| | |
|---|---|
| N.C. Smol<br>Jan Prinsheem 126<br>Hillegom, NE 2182 ZD<br>The Netherlands | Direct Information Pvt Ltd<br>330 Link Way Estate<br>Link Road, Malad (W), Mumbai,<br>Maharashtra, India |

Quentrall Air Conditioning
597 High Road
London, N12 0DY
England

_____
Jeffrey J. Bednar
Paralegal

553857.1