%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

VIRGIN ENTERPRISES LIMITED,

V.

THOMAS FRANK, VIRGIN-INVESTMENT.COM, N.C. SMOL, VIRGIN-AMERICA.COM, SECUREWHOIS, INC., VIRGINTRAVELNEWS.COM, JAMES MOY, VIRGIN HEALTHMILES.COM, DIRECT INFORMATION PVT LTD, and VIRGINMACAU.COM.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 6234

JUDGE PRESKA

TO: (Name and address of Defendant)

Direct Information Pvt Ltd
330 Link Way EstateLink Road
Malad (W), Mumbai
Maharashtra, India.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James W. Dabney, Esq.
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                               JUL 0 5 2007
_____          _____
CLERK                                                            DATE

(By) DEPUTY CLERK




PROOF OF SERVICE

CASE NO. 07 CV 6234

CASE NAME :

VIRGIN ENTERPRISES LIMITED
V.
THOMAS FRANK, VIRGIN-INVESTMENT.COM, N.C.SMOL,
VIRGIN-AMERICA.COM, SECUREWHOIS, INC.,
VIRGINTRAVELNEWS.COM, JAMES MOY,
VIRGINHEALTHMILES.COM, DIRECT INFORMATION PVT LTD and
VIRGINMACAU.COM.

DECLARATION OF HAND DELIVERY

I, DEEPAK R. DHAWADE, the undersigned, declare as follows:

I am over the age of eighteen (18) years and a citizen of India. I am not a party to the foregoing action and that my business address is:

337/4082, Group 3,
Tagore Nagar, Vikhroli (East),
Mumbai- 400 083.

On July 16, 2007 at about 1.00 p.m., I hand-delivered one (1) copy each of the following documents:

| SL.NO. | DESCRIPTION | NUMBER OF PAGES |
|---|---|---|
| 1. | SUMMONS IN A CIVIL ACTION | 2 |
| 2. | COMPLAINT<br>1. PARTIES AND JURISDICTION<br>2. FIRST CAUSE OF ACTION<br>3. SECOND CAUSE OF ACTION<br>4. THIRD CAUSE OF ACTION<br>5. FOURTH CAUSE OF ACTION<br>6. FIFTY CAUSE OF ACTION<br>7. SIXTH CAUSE OF ACTION | 13 |
| 3. | PRESKA RULES<br>1. CRITICAL INSTRUCTIONS TO ATTORNEYS<br>2. GUIDELINES FOR ELECTRONIC CASE FILING | 12 |
| 4. | FREEMAN RULES | 5 |

2

to the following person at the address given below:

>Mr. Yogendra Trivedi,
>M/s. Direct Information Pvt. Ltd.
>330 Link Way Estate, Link Road.
>Malad (West),
>Mumbai, India

I declare under penalty of perjury that the foregoing is true and correct.

Executed on th July 2007, at Mumbai, India.

DEEPAK R. DHAWADE



J. S. OBEROI
Notary, Gr. Bombay