%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

VIRGIN ENTERPRISES LIMITED,

V.

THOMAS FRANK, VIRGIN-INVESTMENT.COM, N.C. SMOL, VIRGIN-AMERICA.COM, SECUREWHOIS, INC., VIRGINTRAVELNEWS.COM, JAMES MOY, VIRGIN HEALTHMILES.COM, DIRECT INFORMATION PVT LTD, and VIRGINMACAU.COM.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CV 6234

JUDGE PRESKA

TO: (Name and address of Defendant)

Thomas Frank
EPS-D 711
7801 N.W. 37th Street
Miami, FL 33166-6559

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James W. Dabney, Esq.
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          JUL 5 2007

CLERK                                                       DATE

(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 6234                                                                 Date Filed: _____

Plaintiff:
**VIRGIN ENTERPRISES LIMITED**

vs.

Defendant:
**THOMAS FRANK, VIRGIN-INVESTMENT.COM N.C. SMOL, VIRGIN-AMERICA.COM, SECUREWHOIS, INC., VIRGINTRAVELNEWS.COM, JAMES MOY, VIRGIN HEALTHMILES.COM, DIRECT INFORMATION PVT LTD, and VIRGINMACAU.COM**

For:
James W. Dabney
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004-1980

Received by ADVANCED PROCESS SERVICE, INC. on the 11th day of July, 2007 at 1:30 pm to be served on **THOMAS FRANK, 7801 N.W. 37th Street, Miami, FL. 33166-6559.**

I, Martha Dreyer, being duly sworn, depose and say that on the **12th day of July, 2007 at 12:33 pm, I:**

Served a **Suitable Age Person** by delivering and leaving a true copy of the **SUMMONS IN A CIVIL ACTION** with Marina Amador at the within named address, the said premises being the respondent's Mail Clerk/authorized agent within the state of Florida. Deponent completed service by depositing a copy of the writ in a postpaid properly addressed envelope bearing the words "Personal & Confidential" by First Class Mail on 7-26-2007 in an official depository of the U.S.P.S. in the State of Florida.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true. Dated this 26 day of July 2007. No Notary Required pursuant to F.S. 92.525 (2).

Martha Dreyer
Certified Process Server #1490

Subscribed and Sworn to before me on the 26th day of July, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Peter L. Hall
Commission # DD568792
Expires July 7, 2010
Bonded Troy Fain - Insurance, Inc. 800-385-7019

ADVANCED PROCESS SERVICE, INC.
12555 Biscayne Blvd., #827
North Miami, FL 33181
(305) 687-4811

Our Job Serial Number: 2007002050

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5h