AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern District of New York

VIRGIN ENTERPRISES LIMITED,

V.

THOMAS FRANK, VIRGIN-INVESTMENT.
COM, N.C. SMOL, VIRGIN-AMERICA.COM,
DIRECT INFORMATION PVT LTD,
VIRGINMACAU.COM, C3 FINANCIAL
SERVICES, INC., VIRGINMONEYUSA.COM,
INTERNET EQUITY INVESTORS, LLC,
VIRGINPROPERTIES.COM

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07 Civ. 6234(LAP)

TO: (Name and address of Defendant)

Internet Equity Investors, LLC
3155 East Patrick Lane, Suite 1
Las Vegas, Nevada 89120-3481

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James W. Dabney, Esq.
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                                     JUL 1 7 2007

CLERK                                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 31, 2007 @ 11:38 AM |
| NAME OF SERVER (PRINT) Kevin R. Smith | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): G. Holluman, Front Desk, on behalf of Incorp. Services, Inc., Resident Agent, at 3155 E. Patrick Ln., #1, Las Vegas, Nevada 89120

Desc: black female adult, approximately 40 years of age, 5'6", 170 lbs., black hair

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 1, 2007          *Kevin R. Smith* (signature)
                  Date                          Signature of Server

                  1118 Fremont St., Las Vegas, Nevada 89101
                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Work Order



179511.173448

**Deposit on File**

NONE

b5.user 5  ⅢⅠ **3 0 PM**  Assigned To: **KEVIN R. SMITH**

| | | | |
|---|---|---|---|
| Received: | 07/27/07 | Type of Service: **Normal** | Special: **Consolidated Case** |
| Client: | UNITEL | | |
| Attention: | +BILL | | |
| Address 1: | 17 BATTERY PLACE | | Phone: 800-569-0753 |
| Address 2: | SUITE 1226 | | |
| City, State Zip: | NEW YORK, NY 10004 | | Client ID: **5690753** |
| Plaintiff | VIRGIN ENTERPRISES | | |
| Defendant | FRANK | | |
| Representing: | Plaintiff | Case Number: | 07CIV6234LAP |
| Court: | | | |
| Hearing Date: | | Status: **08/01/07**   Last Day to Serve: **08/01/07** | Last Day to Sub: |

Serve Docs To: **INTERNET EQUITY INVESTORS, LLC BY SERVING INCORP. SERVICES, INC. AS RESIDENT AGENT(61947)**

Description: Race: __, Sex: __, Age: __, Hair: __, Eyes: __, Height: __, Weight: __

Addresses:
<u>Business, 07/27/07</u>
3155 E PATRICK LN. SUITE 1
Las Vegas, NV 89120
New York Case. Serve Authorized Agent. Must Get Description. Fax Aos.

Documents: SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN, CRITICAL INSTRUCTIONS TO ATTORNEY'S, CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE, AND PROCEDURES FOR ELECTRONIC CASE FILING

| Loc | Date | Time | Server | Code | Comments |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[P] Personal Service   [U] Posted At Residence   [X] Posted
[R] Returned Not Served   [V] Posted at Business   [Y] Certified Mail CCP 415.45
Manner:____  [S] Substituted Service   [W] Warm Body CCP 1011   [Z] First Class Mail CCP 415.46

Date Served: _7/31/07_   Time Served:(Military) _1138_   Served By: _KS_

Served At: _B_ [H]ome, [B]usiness, or [U]sual Place of Mailing ___ [X] For Changes Above in Address Boxs.

(3.b.)Person Served _G HOLLUMAN FRONT DESK_   Witness Fees: $_____

Race: _B_, Sex: _F_, Age: _40_, Hair: _BLK_, Eyes: ___, Height: _5'6_, Weight: _170_

Relationship_____ (3.b.)By Leaving Copies With _X_ _[signature]_
_G. Hollman_

Mailed From_____   Mailed Date_____ Time_____

1118 FREMONT STREET<>Las Vegas NV 89101<>Phone: (702) 384-0305, FAX: (702) 384-8638<>