UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                            :

VIRGIN ENTERPRISES LIMITED,       :           ECF CASE

                  Plaintiff,     :

                            :     07 Civ. 6234 (LAP)

          - against -       :

                            :

THOMAS FRANK, VIRGIN-INVESTMENT.COM,  :    CERTIFICATE OF
N.C. SMOL, VIRGIN-AMERICA.COM, DIRECT    :       SERVICE
INFORMATION PVT LTD, VIRGINMACAU.COM,  :
C3 FINANCIAL SERVICES, INC.,          :
VIRGINMONEYUSA.COM, INTERNET EQUITY    :
INVESTORS, LLC, VIRGINPROPERTIES.COM,   :
1734488 ONTARIO INC., VIRGINPROPERTIES.NET, :
QUENTRALL AIR CONDITIONING SERVICES, and :
VIRGIN-PROPERTIES.COM,            :

                            :

               Defendants.    :

                            :
------------------------------------------------------------------x

      I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on the 17th day
of July, 2007 I caused to be served upon the following, by the methods described below, a true
copy of the Amended Complaint.

FIRST-CLASS MAIL

Thomas Frank
EPS-D 711, 7801 N.W. 37th Street
Miami, Florida 33166-6559

AIR MAIL

N.C. Smol                        Direct Information Pvt Ltd
Jan Prinsheem 126             330 Link Way Estate
Hillegom, NE 2182 ZD          Link Road, Malad (W), Mumbai,
The Netherlands              Maharashtra, India

                                               _____
                                             Jeffrey J. Bednar
                                             Paralegal