AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern   District of   New York

VIRGIN ENTERPRISES LIMITED,

**AMMENDED SUMMONS IN A CIVIL ACTION**

V.

THOMAS FRANK, VIRGIN-INVESTMENT.COM, N. C. SMOL, VIRGIN-AMERICA.COM, DIRECT INFORMATION PVT LTD, VIRGINMACAU.COM, C3 FINANCIAL SERVICES, INC., VIRGINMONEYUSA.COM, INTERNET EQUITY INVESTORS, LLC, VIRGINPROPERTIES.COM, 1734488 ONTARIO INC., VIRGINPROPERTIES.NET, QUENTRALL AIR CONDITIONING SERVICES, and VIRGIN-PROPERTIES.COM.

CASE NUMBER:   07 Civ. 6234(LAP)

TO: (Name and address of Defendant)

  1734488 Ontario Inc.
  31 Limeridge St.
  Aurora, Ontario L4G 7S5
  Canada

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

  James W. Dabney, Esq.
  FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
  One New York Plaza
  New York, New York 10004-1980

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                  JUL 17 2007

CLERK _/s/ Marcos Quintero_                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | | |
|---|---|---|
| **RETURN OF SERVICE** | | |
| Service of the Summons and complaint was made by me[(1)] | DATE | August 22, 2007 |
| NAME OF SERVER (PRINT) Roger Clowater | TITLE | Process Server |

*Check the box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Razan El-Salfiti, Director and President 1734488 Ontario Inc. at a private residence 31 Limeridge St. Aurora, Ontario Canada L4G 7S5

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| unknown | unknown | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 22, 2007
Date

Signature of Server

14845-6 Yonge Street Suite 327
Address of Server

Aurora, ON Canada
L4G 6H8

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case No. 07 Civ. 6234 (LAP)

**UUNTED STATES DISTRICT COURT**
*Southern District of New York*

BETWEEN:

VIRGIN ENTERPRISES LIMITED

**Plaintiff**

- and -

THOMAS FRANK, VIRGIN-INVESTMENT.COM, N. C.SMOL, VIRGIN-AMERICA.COM, DIRECT INFORMATION PVT LTD, VIRGINMACAU.COM, C3 FINANCIAL SERVICES, INC., VIRGINMONEYUSA.COM, INTERNET EQUITY INVESTORS, LLC, VIRGINPROPERTIES.COM, 1734488 ONTARIO INC., VIRGINPROPERTIES.NET, QUENTRALL AIR CONDITIONING SERVICES, and VIRGIN-PROPERTIES.COM

**Defendants**

### AFFIDAVIT OF SERVICE

I, Roger Clowater - Process Server, of Canadian Process Serving, of the Town of Aurora, Province of Ontario, Canada.

**MAKE OATH AND SAY:**

1. On August 22, 2007 at 8:50 p.m, I served 1734488 Ontario Inc. with the Amended Summons and Complaint along with the Court Rules by leaving a copy with Razan El-Salfiti – President and Director of 1734488 Ontario Inc., and the person in care and control of the private residence at the time of service at 31 Limeridge Street, Aurora, Ontario Canada.

2. I was able to identify Razan El-Salfiti by means of verbal acknowledgment.

SWORN BEFORE ME at the Town of Aurora,
Province of Ontario,
this 22nd day of August, 2007.

_____
Mary Bewick Clowater a Commissioner,
Regional Municipality of York, For
Canadian Process Seving Inc. and
for process serving only. Expires June 8, 2010

_____
Process Server