**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------- x
                                              :

VIRGIN ENTERPRISES LIMITED,          :
                                              :
                         Plaintiff,      :
                                              :
                   - against -       :
                                            :

THOMAS FRANK, VIRGIN-INVESTMENT.COM,  :       07 Civ. 6234 (LAP)
N.C. SMOL, VIRGIN-AMERICA.COM, DIRECT    :
INFORMATION PVT LTD, VIRGINMACAU.COM,  :
C3 FINANCIAL SERVICES, INC.,            :            ECF CASE
VIRGINMONEYUSA.COM, INTERNET EQUITY   :
INVESTORS, LLC, VIRGINPROPERTIES.COM,   :    **NOTICE OF MOTION**
1734488 ONTARIO INC., VIRGINPROPERTIES.NET,  :
QUENTRALL AIR CONDITIONING SERVICES, and  :
VIRGIN-PROPERTIES.COM,              :
                                            :
                        Defendants.    :
                                            :
--------------------------------------------------------------------- x

      PLEASE TAKE NOTICE that, on the Declaration of Darcy M. Goddard, dated May 25,

2007, and Exhibits 1 through 15 thereto, and on all other pleadings and papers filed in this

action, Plaintiff Virgin Enterprises Ltd. ("VEL") will move this Court, The Honorable Loretta A.

Preska, United States District Judge, Southern District of New York, at the United States

Courthouse, 500 Pearl Street, Courtroom 12A, New York, New York 10007-1312, at 9:30 a.m.

on September 25, 2007, for an order pursuant to Rule 55(a) of the Federal Rules of Civil

Procedure entering judgments upon default of Defendants Thomas Frank ("Frank"), N.C. Smol

("Smol"), Direct Information Pvt Ltd. ("Direct Information"), and Quentrall Air Conditioning

Services ("Quentrall") for failure to plead or otherwise defend the above-captioned action, and

granting such other and further relief as the Court deems just and proper.

Dated: New York, New York                    FRIED, FRANK, HARRIS, SHRIVER &
   August 31, 2007                       JACOBSON LLP


                By  s/Darcy M. Goddard
                  James W. Dabney
                  Darcy M. Goddard

                One New York Plaza
                New York, New York 10004-1980
                Telephone:  212.859.8000

                Attorneys for Plaintiff Virgin Enterprises Ltd.

555404.v1

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on the 31st day of August, 2007 I caused to be served upon the following, by the methods described below, a true copy of the Notice of Motion and the Declaration of Darcy M. Goddard with exhibits.

FIRST-CLASS MAIL

C3 Financial Services Inc
1417 Allan Lane
West Chester, PA 19380

Internet Equity Investors, LLC
3155 East Patrick Lane, Suite 1
Las Vegas, Nevada 89120-3481

Thomas Frank
EPS-D 711
7801 N.W. 37th Street
Miami, Florida 33166-6559

1734488 Ontario Inc
42 Mattamy Place
Nepean, Ontario K2G 6K1
Canada

AIRMAIL

N.C. Smol
Jan Prinsheem 126
Hillegom, NE 2182 ZD
The Netherlands

Direct Information Pvt Ltd
330 Link Way Estate
Link Road, Malad (W), Mumbai,
Maharashtra, India

Quentrall Air Conditioning
597 High Road
London, N12 0DY
England

_____
Edward M. Nadler
Legal Assistant

ffny02\nadleed\555452.1