**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
:
VIRGIN ENTERPRISES LIMITED,                                        :
:
                          Plaintiff,                            :
:
                - against -                                       :
:
THOMAS FRANK, VIRGIN-INVESTMENT.COM,           :         07 Civ. 6234 (LAP)
N.C. SMOL, VIRGIN-AMERICA.COM, DIRECT           :
INFORMATION PVT LTD, VIRGINMACAU.COM,     :         ECF CASE
C3 FINANCIAL SERVICES, INC.,                               :
VIRGINMONEYUSA.COM, INTERNET EQUITY         :
INVESTORS, LLC, VIRGINPROPERTIES.COM,         :
1734488 ONTARIO INC., VIRGINPROPERTIES.NET, :
QUENTRALL AIR CONDITIONING SERVICES, and  :
VIRGIN-PROPERTIES.COM,                                      :
:
                          Defendants.                          :
:
-------------------------------------------------------------------x

## DECLARATION OF DARCY M. GODDARD

DARCY M. GODDARD declares pursuant to 28 U.S.C. section 1746 as follows:

1.       I am a member of the Bar of this Court and am associated with the firm Fried, Frank, Harris, Shriver & Jacobson LLP, attorneys for Plaintiff Virgin Enterprises Limited ("VEL") in this action. I make this Declaration in support of VEL's application for entry of default judgments against Defendants Thomas Frank ("Frank"), N.C. Smol ("Smol"), Direct Information Pvt Ltd. ("Direct Information"), and Quentrall Air Conditioning Services ("Quentrall").

2.       This action was commenced on July 5, 2007, by the filing of a Complaint. A copy of the Complaint is attached as Exhibit 1.

3.       On July 17, 2007, VEL filed an Amended Complaint. A copy of the Amended Complaint is attached as Exhibit 2.

4. The Summons and Complaint were served on Frank on July 12, 2007. Proof of service on Frank was filed with the Court on August 1, 2007. A copy of the proof of service on Frank is attached as Exhibit 3.

5. The Summons and Complaint were served on Smol on July 11, 2007. Proof of service on Smol was filed with the Court on July 16, 2007. A copy of the proof of service on Smol is attached as Exhibit 4.

6. The Summons and Complaint were served on Direct Information on July 16, 2007. Proof of service on Direct Information was filed with the Court on July 30, 2007. A copy of the proof of service on Direct Information is attached as Exhibit 5.

7. Quentrall was not named in the Complaint, but is named in the Amended Complaint. The Summons and Amended Complaint were served on Quentrall on August 1, 2007. Proof of service on Quentrall was filed with the Court on August 22, 2007. A copy of the proof of service on Quentrall is attached as Exhibit 6.

8. On July 17, 2007, VEL served Defendants Frank, Smol, and Direct Information with the Amended Complaint. Proof of service of the Amended Complaint on Frank, Smol, and Direct Information was filed with the Court on August 24, 2007. A copy of the proof of service of the Amended Complaint on Frank, Smol, and Direct Information is attached as Exhibit 7.

9. Frank's Answer was due on or before August 1, 2007. Frank has not answered the complaint, and the time for doing so has expired.

10. On August 24, 2007, VEL requested from the Clerk's Office a Certificate of Default for Frank, which was signed by the Clerk's Office on August 24, 2007. A copy of the Clerk's Certficate of Default for Frank is attached as Exhibit 8.

11. Smol's Answer was due on or before July 31, 2007. Smol has not answered the complaint, and the time for doing so has expired.

12. On August 24, 2007, VEL requested from the Clerk's Office a Certificate of Default for Smol, which was signed by the Clerk's Office on August 24, 2007. A copy of the Clerk's Certficate of Default for Smol is attached as Exhibit 9.

13. Direct Information's Answer was due on or before August 6, 2007. Direct Information has not answered the complaint, and the time for doing so has expired.

14. On August 24, 2007, VEL requested from the Clerk's Office a Certificate of Default for Direct Information, which was signed by the Clerk's Office on August 24, 2007. A copy of the Clerk's Certficate of Default for Direct Information is attached as Exhibit 10.

15. Quentrall's Answer was due on or before August 21, 2007. Quentrall has not answered the complaint, and the time for doing so has expired.

16. On August 24, 2007, VEL requested from the Clerk's Office a Certificate of Default for Quentrall, which was signed by the Clerk's Office on August 24, 2007. A copy of the Clerk's Certficate of Default for Quentrall is attached as Exhibit 11.

17. On information and belief, neither Frank, nor Smol, nor Direct Information, nor Quentrall is an infant, in the military, or an incompetent person.

18. A copy of VEL's proposed order of default judgment as against Frank is attached as Exhibit 12.

19. A copy of VEL's proposed order of default judgment as against Smol is attached as Exhibit 13.

20. A copy of VEL's proposed order of default judgment as against Direct Information is attached as Exhibit 14.

21.	A copy of VEL's proposed order of default judgment as against Quentrall is attached as Exhibit 15.

I, Darcy M. Goddard, declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:	New York, New York			s/Darcy M. Goddard
	August 31, 2007				Darcy M. Goddard

555406.v1