# EXHIBIT 4

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

VIRGIN ENTERPRISES LIMITED,

V.

THOMAS FRANK, VIRGIN-INVESTMENT.
COM, N.C. SMOL, VIRGIN-AMERICA.COM,
SECUREWHOIS, INC.,
VIRGINTRAVELNEWS.COM, JAMES MOY,
VIRGIN HEALTHMILES.COM, DIRECT
INFORMATION PVT LTD, and
VIRGINMACAU.COM.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 6234

JUDGE PRESKA

TO: (Name and address of Defendant)

N.C. Smol
Jan Prinsheem 126
Hillegom, NE 2182 ZD
The Netherlands

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James W. Dabney, Esq.
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUL 0 5 2007

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 11th 2007 |
| NAME OF SERVER (PRINT) G. van Puivelde | TITLE Junior Bailiff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

the Netherlands, Hillegom, Jan Prinsheem 126

☐ ~~Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.~~

Name of person with whom the summons and complaint were left:

☐ ~~Returned unexecuted:~~

☐ ~~Other (specify):~~

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL ~~$0.00~~ Euro 69,94 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the Netherlands ~~United States of America~~ that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-07-2007
         Date

G. van Puivelde
Kandidaat-gerechtsdeurwaarder
Signature of Server

Bezuidenhoutseweg 115, The Hague, the Netherlands
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



## VAN MASTRIGT & PARTNERS
Gerechtsdeurwaarders en Incassospecialisten



Bezuidenhoutseweg 115-117
2594 AD 's-Gravenhage

Postadres:
Postbus 95301
2509 CH 's-Gravenhage

Telefax: (070) 34 76 025
E-mail: admin@mastrigt.ggn.nl
Website: www.mastrigt.ggn.nl

Gegevens vestigingen
Zoetermeer en Leiden
zie achterzijde

ABN AMRO: 46 09 66 219
IBAN: NL20 ABNA 0460966219
Swift: ABNANL2A
Postbank: 67 40 44
IBAN: NL56 PSTB 0000674044



Behalve per kas op ons kantoor is contante
betaling ook mogelijk bij GWK Travelex

B.T.W. nummer: NL 8024.13.456.B.01

Kantooruren:
ma-vr 08.30 - 17.00 uur

dossiernummer L0130903 ALGLD

**Deze zaak wordt behandeld door Brinkhof Advocaten. De betalingen en correspondentie kunt u rechtstreeks richten aan Brinkhof Advocaten: De Lairessestraat 111 te 1075 HH AMSTERDAM, telefoonnummer 020-3053200 rekeningnummer 660132664;**

Heden, de elfde juli tweeduizendzeven;
ten verzoeke van de vennootschap naar buitenlands recht **Virgin Enterprises Limited**, gevestigd te Londen, Engeland, te dezer zake woonplaats kiezende te 's-Gravenhage aan de Bezuidenhoutseweg 115-117 ten kantore van de gerechtsdeurwaarders J.H.H. Heger, W.F.D. van den Oever en A.M. Maas, alsmede te Amsterdam aan De Lairessestraat 111-115 ten kantore van Mr M.G.R. van Gardingen;
Heb ik,

Giovanni van Puiveide, als toegevoegd kandidaat-gerechtsdeurwaarder werkzaam ten kantore van Arno Marinus Maas, gerechtsdeurwaarder te 's-Gravenhage, kantoorhoudende te 's-Gravenhage aan de Bezuidenhoutseweg 115 en mitsdien beiden ten deze woonplaats hebbende aldaar;

### A A N :

**N.C. SMOL (GEB.DAT. 28-06-1963)**, hierna te noemen gerekwireerde, wonende te HILLEGOM (2182 ZD) aan de Jan Prinsheem 126, aldaar mijn exploot doende en afschrift dezes, alsmede van na te melden stukken, latende aan:

*hem in persoon,*

### I. BETEKEND :

- een "complaint" (klacht) opgesteld op verzoek van rekwirante en gericht tegen onder andere gerekwireerde, ingediend bij de United States District Court Southern District of New York, d.d. 5 juli 2007, met zaaknummer 07 CV 6234;
- Individual Practices of Judge Loretta A. Preska, United States Courthouse, New York;
- Individual Practices of Magistrate Judge Debra Freeman;
- Summons in a Civil Action, gericht aan gerekwireerde, d.d. 5 juli 2007;




Algemene Voorwaarden onder
nr. 18063875 KvK te Eindhoven

GGN heeft vestigingen
in heel Nederland

## VAN MASTRIGT & PARTNERS
Gerechtsdeurwaarders en Incassospecialisten



Bezuidenhoutseweg 115-117
2594 AD 's-Gravenhage

Postadres:
Postbus 95301
2509 CH 's-Gravenhage

Telefax: (070) 34 76 025
E-mail: admin@mastrigt.ggn.nl
Website: www.mastrigt.ggn.nl

Gegevens vestigingen
Zoetermeer en Leiden
zie achterzijde

ABN AMRO: 46 09 66 219
IBAN: NL20 ABNA 0460966219
Swift: ABNANL2A
Postbank: 67 40 44
IBAN: NL56 PSTB 0000674044



Behalve per kas op ons kantoor is contante
betaling ook mogelijk bij GWK Travelex

B.T.W. nummer: NL 8024.13.456.B.01

Kantooruren:
ma-vr 08.30 - 17.00 uur

### II. AANGEZEGD:

dat deze stukken door een daartoe bij wet aangewezen t.k.-gerechtsdeurwaarder zijn betekend;

dat deze betekening aan gerekwireerde conform de toepasselijke wettelijk bepalingen heeft plaats gevonden en derhalve volgens Nederlands recht rechtsgeldig is betekend;

dat gerekwireerde van een en ander derhalve op legale wijze kennis zal dragen en geen onwetendheid kan voorwenden;

De kosten dezes zijn:

| | | |
|---|---|---|
| Exploot | : € | 56,05 |
| Verschot conform art. 9 Btag : | | |
| GBA | : € | 2,72 |
| Subtotaal | : € | 58,77 |
| Opslag (B.T.W.) | : € | 11,17 |
| Totaal | : € | 69,94 |

Hierbij verklaart ondergetekende dat bovenstaande verschotten zijn gemaakt voor de goede verrichting van de ambtshandelingen en noodzakelijk waren, alsmede dat hij geen rechtstreeks of middellijk belang heeft in de onderneming of derde die bovenstaande verschotten factureert.

Eiser(es) kan op grond van de Wet Omzetbelasting 1968 de hem / haar in rekening gebrachte omzetbelasting niet verrekenen, derhalve verklaart ondergetekende opgemelde kosten te hebben verhoogd met een percentage gelijk aan het percentage genoemd in bovengenoemde wet.



G. van Puivelde
Kandidaat-gerechtsdeurwaarder

 

Algemene Voorwaarden onder
nr. 18063075 KvK te Eindhoven

GGN heeft vestigingen
in heel Nederland

# VAN MASTRIGT & PARTNERS
### Gerechtsdeurwaarders en Incassospecialisten



Bezuidenhoutseweg 115-117
2594 AD 's-Gravenhage

Postadres:
Postbus 95301
2509 CH 's-Gravenhage

Telefax: (070) 34 76 025
E-mail: admin@mastrigt.ggn.nl
Website: www.mastrigt.ggn.nl

Gegevens vestigingen
Zoetermeer en Leiden
zie achterzijde

ABN AMRO: 46 09 66 219
IBAN: NL20 ABNA 0460966219
Swift: ABNANL2A
Postbank: 87 40 44
IBAN: NL56 PSTB 0000874044



Behalve per kas op ons kantoor is contante
betaling ook mogelijk bij GWK Travelex

B.T.W. nummer: NL 8024.13.456.B.01

Kantooruren:
ma-vr 08.30 - 17.00 uur

## UNOFFICIAL TRANSLATION ORDER OF THE BAILIFF

This day, the eleventh of July two thousand and seven;
at the request of Virgin Enterprises Limited, London, England, a company incorporated under foreign law, which choosing its domicile for the present purposes in The Hague at the Bezuidenhoutsweg 115-117 at the office of the court bailiffs J.H.H. Heger, W.F.D. van den Oever and A.M. Maas, and also at the office of the Dutch law firm Brinkhof Advocaten with an address in Amsterdam at the Lairessestraat 111-115 for the attention of *advocaat* M.G.R. van Gardingen;

Have I, Giovanni van Puivelde, as the assigned junior bailiff employed at the office of Arno Marinus Maas, bailiff at the Hague, having his office at Bezuidenhoutseweg 115, The Hague, and therefore both of them having their domicile at this location;

have addressed to:

N.C. SMOL (date of birth 28 June 1963), hereafter referred to as the person served with the summons and documentation, with an address in the city of Hillegom (with a postcode 2182 ZD The Netherlands) in the street of Jan Pinsheem, number 126, served the summons and documents in person as specified below:

a 'complaint' (klacht) formulated at the request of the claimant and directed to the person served with the summons and documentation, whereby the permission granted to serve was granted as part of the litigation at the United States District Court of the Southern District of New York, permission granted by Judge Preska in an order dated 5 July 2007, and the litigation having a docket number of 07 CV 6234;
Individual Practices of Judge Loretta A. Preska, United States Courthouse, New York;
Individual Practices of Magistrate Judge Debra Freeman;
Summons in a Civil Action, directed to the person served with the summons and documentation, this document also being dated 5 July 2007;

And that these documents have been served by a bailiff acting in accordance with the Dutch Act governing the activities of court bailiffs;

And that the documents for service were served in conformity with the applicable statutory provisions of the Dutch Civil Procedure Act and thus validly served under Dutch law;

And that the person served with the writ will be deemed in law to have knowledge of it and will not be able to contend that they had no knowledge of it being served.

Algemene Voorwaarden onder
nr 18063073 KvK te Eindhoven

GGN heeft vestigingen
in heel Nederland





G. van Puivelde
Kandidaat-gerechtsdeurwaarder