**EXHIBIT 6**

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

VIRGIN ENTERPRISES LIMITED,

V.

THOMAS FRANK, VIRGIN-INVESTMENT.
COM, N.C. SMOL, VIRGIN-AMERICA.COM,
DIRECT INFORMATION PVT LTD,
VIRGINMACAU.COM, C3 FINANCIAL
SERVICES, INC., VIRGINMONEYUSA.COM,
INTERNET EQUITY INVESTORS, LLC,
VIRGINPROPERTIES.COM

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 Civ. 6234(LAP)

TO: (Name and address of Defendant)

Quentrall Air Conditioning
597 High Road
London, N12 0DY
England

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James W. Dabney, Esq.
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 1 7 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                    Date         *Signature of Server*

                                  _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

1st Affidavit of George Brooks<br>
Sworn on the 13th day of August 2007<br>
Exhibit marked 'A'

# AFFIDAVIT OF SERVICE OF A
# COURT SUMMONS AND COMPLAINT.

IN THE UNITED STATES DISTRICT COURT
CASE NUMBER – 07 Civ. 6234 (LAP)

BETWEEN

VIRGIN ENTERPRISES LIMITED,
                              Plaintiff
    - against -

QUENTRALL AIR CONDITIONING SERVICES, et. al.

                         Defendants

I, George Brooks of United Kingdom Process, Kemp House, 152 – 160 City Road, London, Process Server, Process Server, state on oath as follows:

1. That I am over 16 years of age and employed by United Intelligence Group, Inc., a New York process service

2. That I did on the 1st day of August 2007 at 15:05 hours serve the documents by delivering the same to Miss Clarke, the front secretary as employed by the defendant personally 597 High Road, London, N12 0DY, a true copy is now shown to me marked "A" and is exhibited hereto, by delivering the same to said Defendant.

3. That Miss Clarke did admit an involvement in the company and accept service.

SWORN at Rogers & Rogers Solicitors    )
This the 13th day of August 2007       )   *[signature: Brooks]*
       Before me.

*[signature: Jackson Solicitor]*