**EXHIBIT 7**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
VIRGIN ENTERPRISES LIMITED,

               Plaintiff,

- against -

THOMAS FRANK, VIRGIN-INVESTMENT.COM,
N.C. SMOL, VIRGIN-AMERICA.COM, DIRECT
INFORMATION PVT LTD, VIRGINMACAU.COM,
C3 FINANCIAL SERVICES, INC.,
VIRGINMONEYUSA.COM, INTERNET EQUITY
INVESTORS, LLC, VIRGINPROPERTIES.COM,
1734488 ONTARIO INC., VIRGINPROPERTIES.NET,
QUENTRALL AIR CONDITIONING SERVICES, and
VIRGIN-PROPERTIES.COM,

               Defendants.
------------------------------------------------------------------x

ECF CASE

07 Civ. 6234 (LAP)

CERTIFICATE OF SERVICE

      I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on the 17th day of July, 2007 I caused to be served upon the following, by the methods described below, a true copy of the Amended Complaint.

FIRST-CLASS MAIL

Thomas Frank
EPS-D 711, 7801 N.W. 37th Street
Miami, Florida 33166-6559

AIR MAIL

N.C. Smol
Jan Prinsheem 126
Hillegom, NE 2182 ZD
The Netherlands

Direct Information Pvt Ltd
330 Link Way Estate
Link Road, Malad (W), Mumbai,
Maharashtra, India

_____
Jeffrey J. Bednar
Paralegal