**EXHIBIT 8**

OFFICE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
VIRGIN ENTERPRISES LIMITED,

              Plaintiff,

           - against -

THOMAS FRANK, VIRGIN-INVESTMENT.COM,
N.C. SMOL, VIRGIN-AMERICA.COM, DIRECT
INFORMATION PVT LTD, VIRGINMACAU.COM,
C3 FINANCIAL SERVICES, INC.,
VIRGINMONEYUSA.COM, INTERNET EQUITY
INVESTORS, LLC, VIRGINPROPERTIES.COM,
1734488 ONTARIO INC., VIRGINPROPERTIES.NET,
QUENTRALL AIR CONDITIONING SERVICES, and
VIRGIN-PROPERTIES.COM,

              Defendants.
------------------------------------------------------------------x

ECF CASE

07 Civ. 6234 (LAP)

**CLERK'S CERTIFICATE**

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 5, 2007, with the filing of a complaint; the summons and complaint were served on defendant Thomas Frank on July 12, 2007; and proof of such service was filed with this Court on August 1, 2007; the amended complaint was filed and served on July 17, 2007; and proof of such service was filed with this Court on August 24, 2007.

I further certify that the docket entries indicate that defendant Thomas Frank has not appeared in this action and its time for doing so has expired. The default of defendant Thomas Frank is hereby noted.

Dated: New York, New York
       August, 24 2007

Clerk of the Court J. Michael McMahon

By: _____

Deputy Clerk

F.F.H.S.&J.
DOCKETED
32/8/28/07

555055.1