```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                      Plaintiff,

    - against -

THOMAS FRANK, VIRGIN-INVESTMENT.COM,
N.C. SMOL, VIRGIN-AMERICA.COM, DIRECT
INFORMATION PVT LTD, VIRGINMACAU.COM,
C3 FINANCIAL SERVICES, INC.,
VIRGINMONEYUSA.COM, INTERNET EQUITY
INVESTORS, LLC, VIRGINPROPERTIES.COM,
1734488 ONTARIO INC., VIRGINPROPERTIES.NET,
QUENTRALL AIR CONDITIONING SERVICES, and
VIRGIN-PROPERTIES.COM,

                      Defendants.

------------------------------------------------------------x

07 Civ. 6234 (LAP)

ECF CASE

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and between the undersigned, as follows:

1.    The domain name VIRGINPROPERTIES.NET, having previously been deposited with this Court by GoDaddy.com, Inc., is hereby ordered TRANSFERRED to plaintiff Virgin Enterprises Limited ("VEL").

2.    Defendant 1734488 Ontario Inc. ("Ontario"), its officers, agents, servants, successors, employees, and attorneys, and all those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, including but not limited to Amer Ali and Rose Sallfi, are hereby ordered to cease, desist, and refrain forever from registering, using, or supporting use of any trade name, trademark, service mark, domain name, or other designation that comprises the word "VIRGIN," in whole or in part.

3. This Stipulation and Order is in full satisfaction of plaintiff VEL's claims in this action as against defendant Ontario.

4. Each of plaintiff VEL and defendant Ontario shall bear their own costs, expenses, and attorneys' fees.

| | |
|---|---|
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | 1734488 ONTARIO INC. |
| By: _____ <br> James W. Dabney <br> Darcy M. Goddard | By: _____ <br> Amer Ali |
| One New York Plaza <br> New York, New York 10004-1980 <br> Telephone: 212.859.8000 | |
| Attorneys for Plaintiff <br> VIRGIN ENTERPRISES LIMITED | |
| Date: Sept 4, 2007 | Date: Aug 30, 2007 |

SO ORDERED:

_____    Date: September 5, 2007
The Honorable Loretta A. Preska
United States District Judge, Southern District of New York

555400 v1

- 2 -