UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07
```

-------------------------------------x

VIRGIN ENTERPRISES LIMITED,   :    07 Civ. 6234 (LAP)

           Plaintiff,   :    ECF CASE

- against -   :

THOMAS FRANK, VIRGIN-INVESTMENT.COM,   :    **STIPULATION AND ORDER**
N.C. SMOL, VIRGIN-AMERICA.COM, DIRECT
INFORMATION PVT LTD, VIRGINMACAU.COM,   :
C3 FINANCIAL SERVICES, INC.,
VIRGINMONEYUSA.COM, INTERNET EQUITY   :
INVESTORS, LLC, VIRGINPROPERTIES.COM,
1734488 ONTARIO INC., VIRGINPROPERTIES.NET,   :
QUENTRALL AIR CONDITIONING SERVICES, and
VIRGIN-PROPERTIES.COM,   :

           Defendants.   :

-------------------------------------x

    IT IS HEREBY STIPULATED, by and between the undersigned, as follows:

    1.    The domain name VIRGINPROPERTIES.COM, having previously been deposited with this Court by eNom, Inc., is hereby ordered TRANSFERRED to plaintiff Virgin Enterprises Limited ("VEL").

    2.    Defendant Internet Equity Investors, LLC, its officers, agents, servants, successors, employees, and attorneys, and all those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, including but not limited to Irwin Sewell and Amy Sewell, are hereby ordered to cease, desist, and refrain forever from registering, using, or supporting use of any trade name, trademark, service mark, domain name, or

other designation that comprises the word "VIRGIN," in whole or in part, except when used in conjunction with "islands," as in "Virgin Islands."

3.  This Stipulation and Order is in full satisfaction of plaintiff VEL's claims in this action as against defendant Internet Equity Investors, LLC.

4.  Each of plaintiff VEL and defendant Internet Equity Investors, LLC shall bear their own costs, expenses, and attorneys' fees.

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By: *[signature]*
James W. Dabney
Darcy M. Goddard

One New York Plaza
New York, New York 10004-1980
Telephone: 212.859.8000

Attorneys for Plaintiff
VIRGIN ENTERPRISES LIMITED

Date: 9/4/07

INTERNET EQUITY INVESTORS, LLC

By: *[signature]*
Amy Sewell

Date: 8/31/07

SO ORDERED:

*[signature]*
The Honorable Loretta A. Preska
United States District Judge, Southern District of New York

Date: September 5, 2007

555398 v1