# EXHIBIT 3

Case 1:07-cv-06234-LAP   Document 27-4   Filed 09/17/2007   Page 1 of 3

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

VIRGIN ENTERPRISES LIMITED,

V.

THOMAS FRANK, VIRGIN-INVESTMENT. COM, N.C. SMOL, VIRGIN-AMERICA.COM, DIRECT INFORMATION PVT LTD, VIRGINMACAU.COM, C3 FINANCIAL SERVICES, INC., VIRGINMONEYUSA.COM, INTERNET EQUITY INVESTORS, LLC, VIRGINPROPERTIES.COM

**SUMMONS IN A CIVIL ACTION**

Case 1:07-cv-06234-LAP   Document 15   Filed 08/10/2007   Page 1 of 2

CASE NUMBER: 07 Civ. 6234(LAP)

TO: (Name and address of Defendant)

C3 Financial Services Inc
1417 Allan Lane
West Chester, Pennsylvania 19380

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James W. Dabney, Esq.
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

JUL 17 2007

DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8/10/2007 |
| NAME OF SERVER (PRINT) Justin T. Semmis | TITLE Driver |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served upon C3 Financial Services, Inc. by hand delivering copies thereof to defendant's registered agent Corporation Service Co (Corporate Agents, Inc.), 2711 Centerville Rd, Ste 400, Wilmington, DE.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/10___
            Date

Signature of Server

___800 King St. Wilm DE. 19801___
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.