UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                Plaintiff,

     - against -

THOMAS FRANK, VIRGIN-INVESTMENT.COM,
N.C. SMOL, VIRGIN-AMERICA.COM, DIRECT
INFORMATION PVT LTD, VIRGINMACAU.COM,
C3 FINANCIAL SERVICES, INC.,
VIRGINMONEYUSA.COM, INTERNET EQUITY
INVESTORS, LLC, VIRGINPROPERTIES.COM,
1734488 ONTARIO INC., VIRGINPROPERTIES.NET,
QUENTRALL AIR CONDITIONING SERVICES, and
VIRGIN-PROPERTIES.COM,

                Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07

07 Civ. 6234 (LAP)

ECF CASE

~~PROPOSED~~ ORDER FOR
**DEFAULT JUDGMENT**

      This action having been commenced by the filing of the complaint on July 5, 2007, and the filing of an amended complaint on July 17, 2007; a copy of the summons and amended complaint having been served on Defendant Quentrall Air Conditioning Services ("Quentrall") on August 1, 2007; and Quentrall not having appeared in this action, and his time for doing so having expired, it is hereby

      ORDERED, that Quentrall, its servants, employees, representatives, attorneys, successors, and assigns, and all others acting in active concert or participation with it who receive notice of this Order, are permanently enjoined and restrained from using, registering, or maintaining any trade name, trademark, service mark, domain name, or other designation that incorporates the word "VIRGIN"; and it is further

ORDERED, that the registration of the domain name VIRGIN-PROPERTIES.COM is hereby TRANSFERRED to Plaintiff Virgin Enterprises Limited ("VEL"); and it is further

ORDERED, that the registrar Register.com, Inc., or any subsequent registrar, is hereby directed to associate the domain name VIRGIN-PROPERTIES.COM with an internet protocol sequence to be supplied by VEL; and it is further

ORDERED, that Verisign, Inc., as the registry, change the registrar of record for the domain name VIRGIN-PROPERTIES.COM from the current registrar, Register.com, Inc., to a registrar selected by VEL, including without limitation, Register.com, Inc. or Network Solutions, LLC, which subsequently will register the domain name VIRGIN-PROPERTIES.COM in the name of Virgin Enterprises Ltd.

DONE and ORDERED this 28th day of September, 2007.

*[signature]*

The Honorable Judge Loretta A. Preska
United States District Judge
Southern District of New York