UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                        Plaintiff,

            - against -

THOMAS FRANK, VIRGIN-INVESTMENT.COM,
N.C. SMOL, VIRGIN-AMERICA.COM, DIRECT
INFORMATION PVT LTD, VIRGINMACAU.COM,
C3 FINANCIAL SERVICES, INC.,
VIRGINMONEYUSA.COM, INTERNET EQUITY
INVESTORS, LLC, VIRGINPROPERTIES.COM,
1734488 ONTARIO INC., VIRGINPROPERTIES.NET,
QUENTRALL AIR CONDITIONING SERVICES, and
VIRGIN-PROPERTIES.COM,

                        Defendants.

------------------------------------------------------------x

07 Civ. 6234 (LAP)

ECF CASE

**PROPOSED ORDER FOR**
**DEFAULT JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07

       This action having been commenced by the filing of the complaint on July 5, 2007, and the filing of an amended complaint on July 17, 2007; a copy of the summons and amended complaint having been served on Defendant C3 Financial Services, Inc. ("C3 Financial") on August 10, 2007; and C3 Financial not having appeared in this action, and its time for doing so having expired, it is hereby

       ORDERED, that C3 Financial, its servants, employees, representatives, attorneys, successors, and assigns, and all others acting in active concert or participation with it who receive notice of this Order, are permanently enjoined and restrained from using, registering, or maintaining any trade name, trademark, service mark, domain name, or other designation that incorporates the word "VIRGIN"; and it is further

ORDERED, that the registration of the domain name VIRGINMONEYUSA.COM is hereby TRANSFERRED to Plaintiff Virgin Enterprises Limited ("VEL"); and it is further

ORDERED, that the registrar Register.com, Inc., or any subsequent registrar, is hereby directed to associate the domain name VIRGINMONEYUSA.COM with an internet protocol sequence to be supplied by VEL; and it is further

ORDERED, that Verisign, Inc., as the registry, change the registrar of record for the domain name VIRGINMONEYUSA.COM from the current registrar, Register.com, Inc., to a registrar selected by VEL, including without limitation, Register.com, Inc. or Network Solutions, LLC, which subsequently will register the domain name VIRGINMONEYUSA.COM in the name of VEL.

DONE and ORDERED this 22nd day of October, 2007.

*Loretta A. Preska*
The Honorable Judge Loretta A. Preska
United States District Judge
Southern District of New York

556110 v1