UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Virgin Enterprises Limited,

v.

Thomas Frank, et al.,

------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

07 CV 6234 (LAP)

ORDER

LORETTA A. PRESKA, United States District Judge:

Counsel shall confer and inform the Court by letter no later than May 6, 2008 of the status of this action.

SO ORDERED:

Dated: April 22, 2008

_____
LORETTA A. PRESKA, U.S.D.J.

orderstatus

MICROFILMED APR 2 3 2008 9:00 AM