



**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

RECEIVED
APR 30 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

FRIED FRANK

Direct Line: 212.859.8966
Fax: 212.859.4000
James.Dabney@friedfrank.com

April 28, 2008

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

Re:  Virgin Enterprises Ltd. v. Frank et al.
     07 Civ. 6234 (LAP)

Dear Judge Preska:

We write as counsel for plaintiff Virgin Enterprises, Ltd. ("VEL") in response to the Order dated April 22, 2008, directing counsel to inform the Court by the letter of the status of this action.

We are pleased to report that VEL has reached settlements with all defendants and there is no need for further action by the Court in this case.

Respectfully yours,

James W. Dabney

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

Loretta A. Preska
LORETTA A. PRESKA, U.S.D.J.
May 5, 2008

New York • Washington DC • London • Paris • Frankfurt     7016448
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership